(September 24, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FABIAN TOLEDO, Appellant.—Judgment, Supreme Court, Bronx County (David Levy, J.), rendered on November 17, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Carro, Fein and Ellerin, JJ.

■ KATHRYN BASHAN, Appellant, v MORDCHEI BASHAN, Respondent.—Order, Supreme Court, New York County (Alvin Klein, J.), entered on May 1, 1984, unanimously affirmed for the reasons stated by Alvin Klein, J., at Trial Term, without costs and without disbursements. Concur—Sandler, J. P., Asch, Kassal and Rosenberger, JJ.

■ In the Matter of ROBERT R. KAUFMAN, a Disbarred Attorney.—Motion for reinstatement denied. Concur—Murphy, P. J., Kupferman, Sullivan, Carro and Milonas, JJ.

(September 26, 1985)

■ ELAYNE LIEBERMAN, as Executrix of the Estate of ELIAS LIEBERMAN, Deceased, Appellant, v MOLLIE AUERBACH, as Executrix of the Estate of MYRA AUERBACH, Deceased, et al., Respondents.—Order, Supreme Court, New York County (George Bundy Smith, J.), entered on June 5, 1984, and judgment of said court entered on June 19, 1984, unanimously affirmed. Respondents shall recover of appellant one bill of $75 costs and disbursements of these appeals. Appeal from order, Supreme Court, New York County (Alfred Ascione, J.), entered on October 26, 1983, dismissed as academic, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Sandler, Asch and Kassal, JJ.